THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Levi Lingard, Jr., Appellant.
 
 
 

Appeal From Charleston County
  Deadra L. Jefferson, Circuit Court Judge
Unpublished Opinion No. 2007-UP-261
Submitted May 1, 2007  Filed June 1, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Levi Lingard, Jr., pled guilty to first-degree burglary and was sentenced to fifteen years imprisonment.  He appeals.
 
After a thorough review of the record, Lingards pro se brief, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Lingards appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON , HUFF, and BEATTY, JJ., concur.

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.